IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
*Pro Se* **Non-Prisoner Complaint Form**

[Enter the full name of the plaintiff in this action]   )   Civil Action No. 2:16-CV-1097-RMG-MGB
CHANG HUA ZENG                                           )
                                                         )   *(to be assigned by Clerk)*
_____                      )
                                                         )
v.                                                       )
                                                         )
[Enter the full name of each defendant in this           )
action. If possible, please list only one defendant      )
per line.]                                               )
Diane S. Goodstein                                       )
As Circuit Court Judge                                   )
For State of South                                       )
Carolina                                                 )
_____                      )
_____                      )
_____                      )
_____                      )
_____                      )

**If allowed by statute, do you wish to have a trial by jury?  Yes ✓    No ____**
*[If any answer requires additional space, please use additional paper and attach hereto.]*

**I.   PREVIOUS LAWSUITS**

   A.   Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

        Yes ____    No ____

   B.   If your answer to A is Yes, describe the lawsuit in the space below. [If more than one lawsuit, describe on another sheet of paper using the same outline.]

        1.   Parties to this previous lawsuit:
             Plaintiff: _____
             Defendant(s): _____
        2.   Court: _____

(If federal court, name the district; if state court, name the county)

3. Docket Number: _____

4. Name(s) of Judge(s) to whom case was assigned: _____

5. Status of Case: _____
   (For example, was the case dismissed? Settled? Appealed? Still Pending?)

6. Date lawsuit was filed: _____

7. Date of disposition (if concluded): _____

C. Do you have any other lawsuit(s) pending in the federal court in South Carolina?

   Yes _____     No _____

## II. PARTIES

In Item A below, place your name and address in the space provided. [If additional plaintiffs, do the same on another sheet of paper.]

A. Name of Plaintiff: __CHANG HUA ZENG__
   Address: __P. O. Box 3186  Summerville S.C 29484__

In Item B below, place the full name of the defendant, and his/her/its address, in the space provided. Use Item C for additional defendants, if any.

B. Name of Defendant: __Diane S. Goodstein__
   Address: __5200 E Jim Bilton Blvd   St George S.C 29477__

C. Additional Defendants (provide the same information for each defendant as listed in Item B above):

_____

_____

_____

_____

_____

_____

_____

## III. STATEMENT OF CLAIM

State here, as briefly as possible, the facts of your case. Describe how each defendant is involved.

*Include also the name(s) of other persons involved, dates, and places.* **Do not give any legal arguments or cite any cases or statutes.** *If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets of paper if necessary.*

Dear Court:

What's important is the Honorable Diane S. Goodstein had made a very obvious mistake to my case. (case NO. 2013-CP-18-368)

Plead have a fair trial. Plead Justice for the law. Supporting documents are attached. It is white paper black ink.

On March 1, 2013, I have sued the landlord for breach of contract, fraud and discrimination. (case NO. 2013-CP-18-368)

On April 8, 2014, the above case was tried before the Honorable Diane S. Goodstein.

On April 21, 2014, the Honorable Diane S.

III. STATEMENT OF CLAIM - *continued.*

Goodstein signed the Judgment. I received on April 24, 2014.

On May 26, 2014, the Honorable Diane S. Goodstein signed the order.

On June 18, 2014 I appeal the order and Judgment to South Carolina Court of Appeals. (My Appellate Case NO. 2014-001353)

On July 2, 2014, I ordered the transcript from the Court reporter.

On October 8, 2014, I received the transcript from the Court reporter.

On November 14, 2014, I send my Initial Brief of Appellant to South Carolina Court of Appeals.

On December 31, 2014, I received the Initial Brief of Respondents from Mr. Steven L. Smith.

On January 22, 2015, I send my Final Brief of Appellant to South Carolina Court of Appeals.

On Feburary 23, 2015, I received the Final Brief of Respondents from Mr. Steven L. Smith.

On May 15, 2015, I removed my case to the Federal Court. (Case No. 2:15-CV-2023-RMG-MGB) Because Initial Brief of Respondents

III. STATEMENT OF CLAIM - *continued.*

and Final Brief of Respondents combine the transcript from the Court reporter already can prove the Honorable Diane S. Goodstein had made a mistake to my case.

On March 11, 2016, the Honorable Richard Mark Gergel had made the order to dismisses my case, because I was tried in state Court before. The United States District Court Judge is very good for the rules then ignore the state's Judge had made a mistake.

It is my understanding that no any argument to my breach of Contract cause of Action. Because I paid the additional rent in full which landlord expended to modify the roof of the Premises to accommodate my equipment which was installed on the roof of the Premises. So, I rent the modifycation for my equipment. It is in the contract. It is my right. Landlord does not had any right to used the modifycation for community. And landlord was supposed to provide parking space by North charleston city code follow the contract. Landlord did not give me parking space like the lease requires but treats other tenants differently. I had

III. STATEMENT OF CLAIM - *continued.*

to file a lawsuit before the landlord listened to me.

It is my understanding that the United States guarantee right to Fair trial. The law does not distort the facts. The Court has its system. Everyone case come to the court, it is the court's responsibility and duty. the court is suppose to take care the case, to find out the truth and fact, and make the right decision. But, because I am a chinese, And not speak the English very well. Because I didn't had qualified interpreter for my case, because I didn't had attorney for my case. Then the Honorable Diane S. Goodstein ignore my case, and the Honorable Diane S. Goodstein had distort the facts. So, The Honorable Diane S. Goodstein should be required to compensate for all of the damage caused by her mistake.

English is my second language. I need a chinese interpreter. It is very important to me.

## IV. RELIEF.

*State briefly and exactly what you want this court to do for you.*

1) Damage to rent. The Amount of $1902.34 from June 1, 2014 to August 1, 2015 and October 2015 total cost $30437.44 Caused by her mistake.

2) Damage to fees. Total cost $30000.00 Caused by her mistake. (filling, copy, attorney, documents and more)

3) Damage to times. Caused by her mistake then made me stay in lawsuit more than two years.

4) Damage to Mentally caused by her mistake

*I declare under penalty of perjury that the foregoing is true and correct.*

Signed this __8__ day of __April__, 20__16__.

_____
Signature of Plaintiff